Timothy A. Adams, Bar No. 213896
Drew Massey, Bar No. 244350
Richard L. Isaacs, Bar No. 251906
**ROBERTS & ADAMS**
20042 Beach Boulevard
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff,
S.A., a minor child by and through his parents L.A. and M.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., a minor by and through her parents, L.A. and M.A.<br><br>Plaintiff,<br><br>vs.<br><br>Tulare County Office of Education, California Department of Education, and DOES 1-10 Inclusive<br><br>Defendants.<br>_____ | CASE NO.: 1:08cv01215 LJO GSA<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

The petition for an order appointing L.A. as guardian ad litem for petitioner is GRANTED.


IT IS SO ORDERED



Dated: August 29, 2008                           <u>Gary S. Austin</u>
                                                 Gary S. Austin
                                                 United States Magistrate Judge

**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com