Timothy A. Adams, Bar No. 213896
Drew Massey, Bar No. 244350
Richard L. Isaacs, Bar No. 251906
**ROBERTS & ADAMS**
20042 Beach Boulevard
Huntington Beach, CA 92648
Telephone:  (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff,
S.A., a minor child by and through his parents L.A. and M.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., a minor by and through her parents, L.A. and M.A.<br><br>Plaintiff,<br><br>vs.<br><br>Tulare County Office of Education, California Department of Education, and DOES 1-10 Inclusive<br><br>Defendants.<br>_____ | CASE NO.:  1:08cv01215 LJO GSA<br><br>**ORDER FOR USE OF PSEUDONYMS** |

The Court, having reviewed and considered the foregoing and finding good cause, does hereby **ORDERS** that S.A. and L.A. and M.A. be **IDENTIFIED BY USE OF THEIR INITIALS** in all documents hereinafter filed with the Court relating to and/or arising from this matter for as long as such documents remainwith the Court.

IT IS SO ORDERED.

DATED: August 29, 2008                              Gary S. Austin
                                                                    United States Magistrate Judge

---

**ORDER FOR USE OF PSEUDONYMS**

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com