# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. a minor by and through her parents, and guardian ad litem, L.A. and M.A.<br><br>Plaintiff,<br><br>vs.<br><br>TULARE COUNTY OFFICE OF EDUCATION and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>Defendants. | CASE NO. CV F 08-1215 LJO GSA<br><br>**ORDER TO DENY AS MOOT DEFENDANT'S MOTION TO DISMISS**<br>(Doc. 16) |

On October 24, 008, defendant California Department of Education ("DOE") moved to dismiss Plaintiff S.A.'s Complaint for Appeal from a California DOE Decision under the Individuals with Disabilities Education Act, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Rather than oppose the motion, S.A. filed a first amended complaint on November 20, 2008, pursuant to Fed. R. Civ. P. 15(a). An amended complaint supercedes the original complaint, and this Court treats S.A.'s original complaint as withdrawn. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Accordingly, this Court:

1. DENIES as moot California DOE's motion to dismiss S.A.'s original complaint (Doc. 16); and

2. VACATES the December 8, 2008 hearing on the dismissed motion.IT IS SO ORDERED.

Dated: **November 21, 2008**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE