**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.A. a minor by and through her parents, and guardian ad litem, L.A. and M.A.<br><br>         Plaintiff,<br><br>    vs.<br><br>TULARE COUNTY OFFICE OF EDUCATION and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 08-1215 LJO GSA<br><br>**ORDER TO VACATE JANUARY 6, 2009 HEARING**<br>(Doc. 20) |

This Court VACATES the January 6, 2009 hearing on defendants' F.R.Civ.P. 12(b)(1) and 12(b)(6) motion and will issue a written decision based on the record after defendants timely file reply papers, if any.

IT IS SO ORDERED.

**Dated:   December 22, 2008**                    **/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE

1