STACY L. INMAN (SBN 134755)
SCHOOLS LEGAL SERVICE
1300 - 17th Street, 7th Floor (93301)
Post Office Box 2445
Bakersfield, California 93303
661/636-4830 (Telephone)
661/636-4843 (Facsimile)
sls@kern.org (Email)

Attorneys for Defendant
Tulare County Office of Education

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. a minor, by and through his parents, L.A. and M.A., <br><br> Plaintiff, <br><br> v. <br><br> TULARE COUNTY OFFICE OF EDUCATION, CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1-10, inclusive <br><br> Defendants. | CASE NO. 08-cv-01215 LJO-GSA <br><br> **ORDER EXTENDING DISCOVERY CUTOFF AND PRETRIAL MOTION SCHEDULE** <br><br><br> Honorable Gary S. Austin |

## ORDER

Good cause appearing, and the parties having stipulated to such:

**IT IS HEREBY ORDERED** that all discovery shall be completed no later than July 15, 2009.

**IT IS FURTHER ORDERED** that all dispositive pretrial motions shall be served and filed no later than July 31, 2009.

**IT IS FURTHER ORDERED** that any opposition shall be served and filed no later than August 21, 2009.

**IT IS FURTHER ORDERED** that any replies shall be served and filed no later than September 3, 2009.

**IT IS FURTHER ORDERED** that a hearing on any dispositive motions will be heard on September 24, 2009 at 8:30 a.m. by the Honorable Lawrence J. O'Neill in Courtroom 4. The Court will set dates for a pretrial conference or trial at the time of the hearing if it is determined to be is necessary.

The hearing on the dispositive motions currently scheduled for July 23, 2009 at 8:30 am before the Honorable Lawrence J. O'Neill in Court room 4 is VACATED.

IT IS SO ORDERED.

Dated: **May 6, 2009**         /s/ **Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE

SCHOOLS
LEGAL
SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

[Proposed] Order Extending Discovery
Cutoff and Pretrial Motion Schedule

2