STACY L. INMAN (SBN 134755)
SCHOOLS LEGAL SERVICE
1300 - 17th Street, 7th Floor (93301)
Post Office Box 2445
Bakersfield, California  93303
661/636-4830 (Telephone)
661/636-4843 (Facsimile)
sls@kern.org (Email)

Attorneys for Defendant
Tulare County Office of Education

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. a minor, by and through his parents, L.A. and M.A.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TULARE COUNTY OFFICE OF EDUCATION, CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1-10, inclusive<br><br>　　　　　Defendants. | CASE NO.  08-cv-01215 LJO-GSA<br><br>**ORDER EXTENDING DISCOVERY CUTOFF AND PRETRIAL MOTION SCHEDULE**<br><br><br>Honorable Gary S. Austin |

# ORDER

Good cause appearing, and the parties having stipulated to such:

**IT IS HEREBY ORDERED** that all discovery shall be completed no later than August 14, 2009.

**IT IS FURTHER ORDERED** that all dispositive pretrial motions shall be served and filed no later than August 19, 2009.

**IT IS FURTHER ORDERED** that any opposition shall be served and filed no later than August 28, 2009.

**IT IS FURTHER ORDERED** that any replies shall be served and filed no later than September 4, 2009.

1  Although the parties have requested that the hearing on the dispositive
2  motion be rescheduled to September 24, 2009, the Court does not hear civil
3  motions on that day.  Accordingly, **IT IS FURTHER ORDERED** that the hearing
4  on any dispositive motions will be heard on September 24, 2009 at 8:30 a.m. by
5  the Honorable Lawrence J. O'Neill in Courtroom 4 as previously scheduled.  The
6  Court will set dates for a pretrial conference or trial in the future if it is determined
7  to be necessary.

IT IS SO ORDERED.

Dated:   **July 10, 2009**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

SCHOOLS
LEGAL
SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

**Order Extending Discovery
Cutoff and Pretrial Motion Schedule**