STACY L. INMAN (SBN 134755)
SCHOOLS LEGAL SERVICE
1300 - 17th Street, 7th Floor (93301)
Post Office Box 2445
Bakersfield, California  93303
661/636-4830 (Telephone)
661/636-4843 (Facsimile)
sls@kern.org (Email)

Attorneys for Defendant
Tulare County Office of Education

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. a minor, by and through his parents, L.A. and M.A., | CASE NO.  08-cv-01215 LJO-GSA |
| Plaintiff, | **AMENDED ORDER EXTENDING DISCOVERY CUTOFF AND PRETRIAL MOTION SCHEDULE** |
| v. | |
| TULARE COUNTY OFFICE OF EDUCATION, CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1-10, inclusive | Honorable Gary S. Austin |
| Defendants. | |

## ORDER

Good cause appearing, and the parties having stipulated to such:

**IT IS HEREBY ORDERED** that all discovery shall be completed no later than August 14, 2009.

**IT IS FURTHER ORDERED** that all dispositive pretrial motions shall be served and filed no later than August 19, 2009.

**IT IS FURTHER ORDERED** that any opposition shall be served and filed no later than August 28, 2009.

**IT IS FURTHER ORDERED** that any replies shall be served and filed no later than September 4, 2009.

SCHOOLS
LEGAL
SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

1    **IT IS FURTHER ORDERED** that the hearing on any dispositive motions will

2    be heard on September 24, 2009 at 8:30 a.m. by the Honorable Lawrence J.

3    O'Neill in Courtroom 4 as previously scheduled.  The Court will set dates for a

4    pretrial conference or trial in the future if it is determined to be necessary.

5

6    IT IS SO ORDERED.

7    **Dated:    July 27, 2009**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   SCHOOLS
     LEGAL
     SERVICE
     P.O. BOX 2445
27   BAKERSFIELD
     CALIFORNIA
     93303
28

**Amended Order Extending Discovery
Cutoff and Pretrial Motion Schedule**