MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
TERRI A. McFARLAND, State Bar No. 182968
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone:  (916) 319-0860
Facsimile:   (916) 319-0155
tmcfarland@cde.ca.gov

Attorneys for Defendant
CALIFORNIA DEPARTMENT OF EDUCATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.A., a minor by and through his parents, L.A. and M.A.,<br><br>Plaintiff,<br><br>v.<br><br>TULARE COUNTY OFFICE OF EDUCATION, CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1-10 Inclusive,<br><br>Defendants. | Case No. 08-cv-01215 LJO-GSA<br><br>**[PROPOSED] JUDGMENT** |

Pursuant to this Court's Order on Cross-Motions for Summary Judgment dated September 24, 2009 and this Court's Order on Summary Judgment of Student's First Cause of Action against Tulare County Office of Education dated October 5, 2009, judgment is hereby entered by this Court as follows:

1.	JUDGMENT is hereby entered in favor of defendant Tulare County Office of Education and against plaintiff S.A. on plaintiff S.A.'s first cause of action;

2.	JUDGMENT is hereby entered in favor of defendant California Department of Education and against plaintiff S.A. on plaintiff S.A.'s second cause of action;

3.	JUDGMENT is hereby entered in favor of plaintiff S.A. against defendant Tulare County Office of Education plaintiff S.A.'s third cause of action; and

4.	THIS COURT HEREBY AWARDS plaintiff S.A. the amount of $2,791.27 in attorneys' fees and costs for his partially-successful compliance complaint against defendant Tulare County Office of Education, payable by defendant Tulare County Office of Education.

IT IS SO ORDERED.

DATED:	_____
	Lawrence J. O'Neill
	United States District Judge