# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. a minor by and through her parents, and guardian ad litem, L.A. and M.A.<br><br>Plaintiff,<br><br>vs.<br><br>TULARE COUNTY OFFICE OF EDUCATION and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>Defendants.<br>_____/ | CASE NO. CV F 08-1215 LJO GSA<br><br>**JUDGMENT** |

On August 15, 2008, Plaintiff S.A. ("Plaintiff") initiated this action against Defendants Tulare County Office of Education ("TCOE") and California Department of Education ("DOE"), asserting violations of the Individuals with Disabilities Education Act. The parties filed cross motions for summary judgment on August 19, 2009.

For the reasons described in this Court's September 24, 2009 Order on Cross-Motions for Summary Judgment, and this Court's October 6, 2009 Order on Summary Judgment of Student's First Cause of Action, THIS COURT ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. Judgment is entered in favor of TCOE and against Plaintiff and Plaintiff's first cause of action;

2. Judgment is entered in favor of California DOE and against Plaintiff on Plaintiff's section cause of action;

1

1     3.     Judgment is entered in favor of Plaintiff and against TCOE, in part, on Plaintiff's third cause of action;

4. Plaintiff is awarded the amount of $2,791.27 in attorneys' fees and costs for his partially-successful compliance complaint against TCOE, to be paid by TCOE; and

5. Plaintiff's rights to file an application for costs and a motion for attorneys fees are preserved under the applicable federal and local rules.

IT IS SO ORDERED.

**Dated:**   **October 14, 2009**             **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE